UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
Victor LaVallee, :
:
                       Plaintiff, :        25-CV-371 (DEH)
:
   -v- :
:
Steven J. Bandrowczak, et al., :
:
                       Defendants. :
:
------------------------------------------------------------------------X
:
Judith Fruchter, :
:
                       Plaintiff, :       25-CV-1862 (DEH)
:
   -v- :
:        <u>ORDER</u>
Xerox Holdings Corporation et al., :
:
                       Defendants. :
:
------------------------------------------------------------------------X

DALE E. HO, United States District Judge:

      On January 14, 2025, Plaintiff Victor LaVallee filed a complaint in 25-CV-371. On March 5, 2025, Plaintiff Judith Fruchter filed a similar complaint in 25-CV-1862. As of this Order, no motion for consolidation has been filed, but 25-CV-1862 has been accepted by the Court as related to 24-CV-8809, which in turn is related to 25-CV-371. The above-captioned cases appear to involve common questions of law and fact.

      The Court is inclined to consolidate 25-CV-371 and 25-CV-1862 pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, within two weeks

of the date on which Defendants enter an appearance in 25-CV-1862.  If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties.  Unless and until the Court orders otherwise, the initial conference in 25-CV-371 (*see* ECF No. 16) will proceed as scheduled.  If any party believes that the dates, deadlines, or procedures should be modified, it shall file a letter motion to that effect within one week of the date on which Defendants enter an appearance in 25-CV-1862.

It is further ORDERED that the named plaintiffs shall promptly serve a copy of this Order on each of the defendants and file proof of service on the docket.

SO ORDERED.

Dated: March 10, 2025
      New York, New York

_____
DALE E. HO
United States District Judge