UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------X
                                                                  :
Victor LaVallee, et al.,                                          :
                                                                  :
                              Plaintiffs,                         :    25-CV-371 (DEH)
                                                                  :
          -v-                                                     :
                                                                  :
Steven J. Bandrowczak, et al.,                                    :    ORDER
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
                                                                  :
Judith Fruchter, et al.,                                          :
                                                                  :
                              Plaintiffs,                         :
                                                                  :
          -v-                                                     :    25-CV-1862 (DEH)
                                                                  :
Steven J. Bandrowczak, et al.,                                    :
                                                                  :    ORDER
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
                                                                  :
Abby Katz, et al.,                                                :
                                                                  :
                              Plaintiffs,                         :    25-CV-2043 (DEH)
                                                                  :
          -v-                                                     :
                                                                  :    ORDER
Xerox Holdings Corporation et al.,                                :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

DALE E. HO, United States District Judge:

This Order supersedes the Court's Order of March 10, 2025 in 25-CV-371 (ECF No. 17) and 25-CV-1862 (ECF No. 5).

On January 14, 2025, Plaintiff Victor LaVallee filed a complaint in 25-CV-371. On March 5, 2025, Plaintiff Judith Fruchter filed a similar complaint in 25-CV-1862. And on March 11, 2025, Plaintiff Abby Katz filed a similar complaint in 25-CV-2043. As of this Order, no motion for consolidation has been filed, but 25-CV-371, 25-CV-1862, and 25-CV-2043 have all been accepted by the Court as related to 24-CV-8809. The above-captioned cases appear to involve common questions of law and fact.

The Court is inclined to consolidate 25-CV-371, 25-CV-1862, and 25-CV-2043 pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, within two weeks of the date on which Defendants enter an appearance in 25-CV-2043. If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties. If any party believes that the dates, deadlines, or procedures should be modified, it shall file a letter motion to that effect within one week of the date on which Defendants enter an appearance in 25-CV-2043.

It is further ORDERED that the named plaintiffs shall promptly serve a copy of this Order on each of the defendants and file proof of service on the docket.

SO ORDERED.

Dated: March 14, 2025
New York, New York

_____
DALE E. HO
United States District Judge

2